**E-FILED on** 7/30/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHAINA L. LISNAWATI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK AS SUCCESSOR TO JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, OWNIT MORTGAGE SOLUTIONS, INC., LITTON LOAN SERVICING LP, FIRST AMERICAN TITLE COMPANY, MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC., TITLE TRUST DEED SERVICE COMPANY, and DOES 1 TO 100 INCLUSIVE,<br><br>　　　　Defendants. | No. C-09-0609 RMW<br><br>JUDGMENT |

On May 26, 2009 the court dismissed plaintiff's complaint and granted her 30 days leave to file an amended complaint. Plaintiff has not filed an amended complaint, however, and more than 30 days have passed.

THEREFORE, IT IS HEREBY ADJUDGED that plaintiff take nothing by way of her complaint and that judgment be entered in favor of all defendants.

DATED:    7/29/09

_Ronald M Whyte_
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-09-0609 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Defendants The Bank of New York Mellon, Litton Loan Servicing LP, Mortgage Electronic Registrations Systems, Inc., and Title Trust Deed Service Company:**

Ronald David Roup      ron@rouplaw.com

**Counsel for Defendant First American Title Company:**

Lucas Erskine Gilmore   lgilmore@steyerlaw.com

**Counsel for Defendant Ownit Mortgage Solutions, Inc.:**

No appearance

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**A copy of this document has been mailed to:**

**Plaintiff:**

Shaina L. Lisnawati
646 Clauser Drive
Milpitas, CA 95035

**Dated:**   7/30/09                                              TER
                                                     **Chambers of Judge Whyte**

JUDGMENT—No. C-09-0609 RMW
TER                                         2