1  Ronald D. Roup, Esq. (94495)
   Joan C. Spaeder- Younkin
2  Brad M. Simon, Esq. (244369)
   ROUP & ASSOCIATES, A LAW CORPORATION
3  23101 Lake Center Drive, Suite 310
   Lake Forest, California 92630
4  (949) 472-2377; (949) 472-2317 (fax)

*E-FILED - 8/25/09*

5  Attorneys for Defendants,
   THE BANK OF NEW YORK MELLON,
6  LITTON LOAN SERVICING LP and
   TITLE TRUST DEED SERVICE, CO.

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

11  SHAINA L. LISNAWATI                )    **Case #5:09-cv-00609 RMW**
                                       )
12                    Plaintiff,       )    []
                                       )    **ORDER TO EXPUNGE LIS**
13  vs.                                )    **PENDENS DUE TO THE COURT'S**
                                       )    **DISMISSAL**
14                                     )
    THE BANK OF NEW YORK MELLON        )
15  f/k/a THE BANK OF NEW YORK AS      )
    SUCCESSOR TO JPMORGAN CHASE        )    Action filed: February 11, 2009
16  BANK, NATIONAL ASSOCIATION,        )
    OWNIT MORTGAGE SOLUTIONS, INC.,    )
17  LITTON LOAN SERVICING LP, FIRST    )
    AMERICAN TITLE COMPANY,            )
18  MORTGAGE ELECTRONIC                )
    REGISTRATIONS SYSTEMS, INC., TITLE )
19  TRUST DEED SERVICE COMPANY, AND    )
    DOES 1 TO 100, INCLUSIVE;          )
20                                     )
                                       )
21                    Defendants.      )
                                       )
22  _____)

23

24    PLEASE TAKE NOTICE THAT on July 29, 2009, the Court ordered this matter

25  Dismissed. A true and correct copy of the Court's order is attached hereto as Exhibit "A."

26  Therefore, the Notice of Pendency of Action pertaining to this action is moot and subject

27  to expungement from the official records of Santa Clara County. A true and correct copy

28  of the Notice of Pendency of Action is attached hereto as Exhibit "B."

1

[]
**ORDER TO EXPUNGE LIS PENDENS DUE TO THE COURT'S DISMISSAL**

1  **WHEREFORE, IT IS HEREBY ORDERED THAT:**

2  The Lis Pendens recorded on February 11, 2009, as Instrument No. 20130331 in
3  the official records of Santa Clara County is expunged from the official records, and a
4  copy of this Order may be recorded in the official records.

6  Dated: __8/25/09_____       By: _/s/ Ronald M. Whyte_____
                                        Judge of the United States District Court